HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IBRAHIM ADAM,

    Petitioner,

    v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C15-169RAJ

ORDER

    United States Magistrate Judge Mary Alice Theiler issued a Report and Recommendation ("R&R") recommending that the court dismiss this habeas petition because it is premature.

    The petition for relief is informal. Petitioner asserts that in a criminal prosecution in King County Superior Court, he was denied his right to a speedy trial and was forced to stand for trial when he was not competent to do so. Public records subject to judicial notice indicate that Petitioner was convicted at the end of January 2015.

    As the R&R explains, Petitioner cannot pursue federal habeas relief until he has exhausted his remedies in state court. After the R&R issued, Petitioner filed a series of letters that the clerk has denominated as two motions. Dkt. ## 8, 9. Those letters assert the same issues he raised in his informal petition, and they assert that he suffered further denials of his rights when he was sentenced in late February. It is plain that Petitioner, who is proceeding without an attorney, believes that this court can serve as a court of appeals. Petitioner is mistaken. This court can grant habeas relief only after he has

ORDER – 1

exhausted (at a minimum) his appeals in the state court system.  The court cannot consider his habeas claims at this time.

The court ADOPTS the R&R (Dkt. # 7) and directs the clerk to DISMISS this habeas proceeding without prejudice.

DATED this 6th day of April, 2015.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2